# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SABINA KARGAR et al.,

Plaintiff,

-v-

UMITJON KAMOLOV, et al.

Defendant.

Case No. 1:22-cv-00664

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SABINA KARGAR and SERGIO PEREZ DIAZ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None exist.

**Date:** 1/26/2022

Marcus A. Nussbaum, Esq.
Digitally signed by Marcus A. Nussbaum, Esq.
Date: 2022.01.26 10:43:51 -05'00'

**Signature of Attorney**

**Attorney Bar Code:** MN(9581)