The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

February 12, 2022

**Via ECF**
Hon. Jesse M. Furman
Thurgood Marshall
United States District Court
40 Foley Square
New York, NY 10007

  Re: *Kargar et al. v. Kamolov et al.*
     22-cv-00664 (JMF)

Dear Judge Furman:

  This office represents Defendants in the above captioned matter. Defendants request a 30-day extension from the date to respond to Plaintiff's complaint. The response is due on February 17th and Defendants request to have until March 17th. This is Defendants' first request for an extension. Plaintiffs graciously consent. The basis for the request is workload.

  I thank the Court for its consideration.

                  Respectfully submitted,

                  */s Jacob Aronauer*
                  Jacob Aronauer
                  *Attorney for Defendants*

cc: **Via ECF**
  *All attorneys on record*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.

February 14, 2022