UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SABINA KARGAR et al., *in their individual capacities* :
*and on behalf of others similarly situated*, :
: 22-CV-664 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
UMITJON KAMOLOV et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 10, 2023, Mr. Jacob Aronauer, counsel of record for Defendants, filed a motion to withdraw as counsel for Defendant Umitjon Kamolov. *See* ECF No. 83. By **February 15, 2023**, Mr. Aronauer shall serve (1) the motion and any supporting documents; and (2) a copy of this Order on Mr. Kamolov, and by **February 16, 2023**, file proof of such service on the docket. By that date, Mr. Aronauer shall also file on the docket an affidavit with the information required by S.D.N.Y. Local Civil Rule 1.4.

      Any opposition to the motion to withdraw — by Mr. Kamolov or any other party — shall be filed by **February 21, 2023**; any reply shall be filed by **February 23, 2023**. Unless and until the Court grants the motion, Mr. Aronauer remains Mr. Kamolov's counsel of record and discovery shall proceed as scheduled. If Mr. Kamolov has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of representation in the event that the motion to withdraw is granted.

      SO ORDERED.

Dated: February 13, 2023  
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge