UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SABINA KARGAR et al., *in their individual capacities* :
*and on behalf of others similarly situated*, :
:
                               Plaintiffs, :           22-CV-664 (JMF)
:
            -v- :             ORDER
:
UMITJON KAMOLOV et al., :
:
                              Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 23, 2023, Defendant Umitjon Kamolov was ordered to file a letter by March 16, 2023, if he intends to defend this suit. ECF No. 90. The Court warned Mr. Kamolov that if no letter was filed by that date, it would invite Plaintiffs to move for default judgment as to their claims against him. *Id.* Mr. Kamolov has yet to file such a letter.

      Accordingly, Plaintiffs shall file a motion for default judgment as to their claims against Mr. Kamolov, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**. If Plaintiffs' counsel submits calculations in support of the motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, Plaintiffs' claims as to Mr. Kamolov may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiffs shall electronically serve a copy of this Order on Mr. Kamolov **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: March 21, 2023
       New York, New York
                                                             JESSE M. FURMAN
                                                             United States District Judge