```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
SABINA KARGAR, et al.,

                Plaintiffs,

    -against-

UMITJON KAMOLOV, et al.,

                Defendants.
─────────────────────────────────────
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/03/2023

22-CV-664 (JMF) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT AND DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action is now referred to Magistrate Judge Barbara Moses for general pretrial management as to the non-defaulting defendants, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, for default judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

The Court is in receipt of plaintiffs' letter-motion seeking a discovery conference. As set forth in Judge Furman's Order dated March 31, 2023 (Dkt. 100), defendants' opposition is due no later than **April 5, 2023**. Plaintiffs' reply, if any, is due no later than **April 7, 2023**. The Court will hold a discovery conference on **April 12, 2023, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

Plaintiffs are directed to promptly submit a courtesy copy of their letter-motion in accordance with § 2(g) of Judge Moses's Individual Practices. Courtesy copies of the opposition and reply papers will also be required, *if* they include multiple attachments.

2

Dated: New York, New York
      April 3, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**