# LAW OFFICES OF ILYA FISHKIN, P.C.

Attorney & Counselor-at-Law  
* Admitted in NY and NJ

3059 Brighton 7th Street, Fl. 1  
Brooklyn, NY 11235  
Tel.: (201) 956-7071  
Fax : (888) 432-1822  
Email: ifishkin@fishkinfirm.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 04/07/2023

April 3, 2023

**Via ECF**  
Magistrate Judge Barbara C. Moses  
United States District Court  
Southern District of New York  
500 Pearl St., Courtroom: 20A  
New York, NY 10007-1312

**MEMO ENDORSED**

**Re:** *Sabina Kargar et al. v. Umitjon Kamolov et al.*  
Docket No: 1:22-cv-00664

Dear Honorable Magistrate Judge Moses:

As the Court is aware, I represent Plaintiffs Sabina Kargar and Sergio Perez Diaz (collectively, "Plaintiffs") in the above-referenced matter. Due to scheduling conflicts, I write to the Court jointly with all counsel in this matter to respectfully request an adjournment of the upcoming discovery conference (scheduled by Order of this date, ECF 102), which is currently scheduled for April 12, 2023, at 10:00 a.m.

After conferring with all counsel, the parties respectfully request that the discovery conference be adjourned to one of the following dates that is convenient for the Court:

- 4/19/2023
- 4/27/2023
- Earliest next available date in May at the Court's discretion

We thank the Court for its continued courtesy and consideration in this matter.

Respectfully submitted,

/s/ Marcus Aurelius Nussbaum  
Marcus A. Nussbaum, Esq.

---

Application GRANTED. The discovery conference previously scheduled for April 12, 2023 is ADJOURNED to **May 11, 2023, at 11:00 a.m.** Counsel for all plaintiffs and non-defaulting defendants are required to meet and confer in good faith and in real time, for at least 30 minutes, to address the discovery issues raised by plaintiffs. No later than **May 8, 2023**, the parties shall file a joint letter confirming that the meet-and-confer took place and informing the Court whether any of the disputes have been narrowed. SO ORDERED.

_[signature]_  
Barbara Moses  
United States Magistrate Judge  
April 7, 2023