UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABINA KARGAR, et al.,

        Plaintiffs,

-against-

UMITJON KAMOLOV, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/17/2023

22-CV-664 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the non-defaulting defendants' letter-motion dated April 14, 2023, requesting a discovery conference (Dkt. 119), as well as their supplemental letter dated April 17, 2023, attaching exhibits that were inadvertently omitted from the April 14, 2023 submission (Dkt. 120) (together, Defendants' Letter-Motion). Defendants' Letter-Motion is DENIED without prejudice to refiling (i) after the parties have met and conferred in good faith and in real time, as required by Moses Ind. Prac. § 2(b), and (ii) in accordance with the 4-page limit for discovery letter-motions set forth in Moses Ind. Prac. § 1(d). Conversations among counsel in October 2022 (more than five months ago) do not satisfy § 2(b). Plaintiffs are reminded that discovery misconduct by an opposing party is not grounds to withhold discovery otherwise owed to that party.

    Any renewed motion by the non-defaulting defendants must be filed no later than **April 28, 2023**. Responses shall be due no later than **May 3, 2023**, and the reply letter, if any, shall be due no later than **May 5, 2023**. The Court will hear the dispute at the conference previously scheduled for **May 11, 2023, at 11:00 a.m**.

Dated: New York, New York
       April 17, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**