UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SABINA KARGAR et al., *individually and on behalf of* :
*others similarly situated*, :
: 22-CV-664 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
UMITJON KAMOLOV et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  As stated on the record during the teleconference held earlier today, the Answer of Defendant Umitjon Kamolov is hereby STRICKEN and default judgment is entered against him (and him only) as to liability (and liability only). The Court reserves judgment as to damages pending further proceedings.

  Plaintiffs shall electronically serve Kamolov with a copy of this Order **within one business day** and file proof of such service on the docket **within two business days**.

  The Clerk of Court is directed to terminate ECF Nos. 104 and 125.

  SO ORDERED.

Dated: May 5, 2023
   New York, New York           _____
                    JESSE M. FURMAN
                   United States District Judge