

May 11, 2023

Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
<u>VIA ECF ONLY</u>

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/12/2023

Re: *Kargar v Farita's Central Asian Cuisine*, No. 1:22-cv-00664-JMF
Discovery Conference Request for Adjournment

Your Honor:

We represent the Plaintiffs in the above-referenced matter. I write to the Court jointly with all counsel in this matter to respectfully request an adjournment of the upcoming discovery conference, which is now currently scheduled for May 16, 2023, at 10:00 a.m. [as per Dkt. 135]. The Court sua sponte rescheduled this from May 11, and both sets of Plaintiffs' counsel have conflicts for May 16. This is the first request for an adjournment of this conference.

After conferring with all counsel, the parties respectfully request that the discovery conference be adjourned to one of the following dates that is convenient for the Court: June 20, 21 or 22. These were the first dates available for all. For point of reference, the discovery period closes on July 29.

Sincerely,

Penn Dodson

Penn Dodson, Esq.
*penn@andersondodson.com*

---

Application GRANTED IN PART. Unfortunately, the Court is not available on the requested dates. The Court notes that this is not the parties' first request for an adjournment of the discovery conference, which was first scheduled for April 12, 2023. (Dkt. 102.) On April 3, 2023, the parties requested an extension (Dkt. 103), which the Court granted, rescheduling the conference for May 11, 2023. (Dkt. 117.) On May 8, 2023, the parties advised that supplemental productions were still being made, which "may resolve at least part of the issues." (Dkt. 134.) The Court thereupon adjourned the conference briefly, to May 16, 2023. (Dkt. 135.) The parties now propose a significantly longer adjournment, reporting that there are no dates "available for all" counsel until late June. Taking counsel at their word, it is hereby ORDERED that the discovery conference is ADJOURNED to **June 26, 2023, at 10:00 a.m.** The parties shall file a joint letter no later than **June 21, 2023**, advising the Court which discovery disputes have been resolved and which remain for judicial resolution. SO ORDERED.

Barbara Moses
_____
Barbara Moses
United States Magistrate Judge
May 12, 2023