UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/17/2023
```

SABINA KARGAR, et al.,

        Plaintiffs,

-against-

UMITJON KAMOLOV, et al.,

        Defendants.

22-CV-664 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the non-defaulting defendants' letter-motion dated April 14, 2023, requesting a discovery conference (Dkt. 138) (Defendants' Letter-Motion). Defendants' Letter-Motion is DENIED without prejudice to refiling in compliance with Moses Ind. Prac. § 2(b). In particular, counsel should clearly specify (i) which *plaintiffs* (as opposed to which counsel) are out of compliance with their discovery obligations, and (ii) which specific discovery obligations remain unmet (*e.g.*, "production of documents responsive to defendants' First Request for the Production of Documents, Nos. 1-9").

    Any renewed letter-motion by the non-defaulting defendants must be filed no later than **May 31, 2023**. Opposition letters shall be due no later than three court days thereafter, and the reply letter, if any, shall be due two court days after service of the opposition. *See* Moses Ind. Prac. § 2(e). The Court will hear the dispute at the conference previously scheduled for **June 26, 2023, at 10:00 a.m.**

Dated: New York, New York
       May 17, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**