

June 30, 2023

Hon. Jesse Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
<u>VIA ECF ONLY</u>

*Application GRANTED. The August 2, 2023 pretrial conference is hereby ADJOURNED to **August 23, 2023**, at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 149. SO ORDERED.*

*June 30, 2023*

Re:   *Kargar v Farita's Central Asian Cuisine*, No. 1:22-cv-00664-JMF
      Request for Adjournment of 8/2/2023 Status Conference

Your Honor:

    We represent the Plaintiff in the above-referenced matter. Jointly with co-counsel and counsel for Defendants, we are requesting an adjournment of the August 2, 2023, conference, pursuant to the suggestion of Judge Moses in our discovery conference on June 26:

1. This case is currently set for a pre-trial conference on August 2, 2023, at 9:00 a.m.
2. This is our fourth request for adjournment.
3. The reason for this adjournment request is the parties have been scheduled for a post-discovery status conference with Judge Moses on August 14, and she suggested that our conference with you should occur thereafter. Two prior requests have been granted; the third request was partially granted.
4. Opposing Counsel for remaining parties' consents to this request.
5. Following are the remaining discovery deadlines set from June 26, 2023, conference:
    a. June 30, 2023: 30b6 notice to be propounded
    b. July 5, 2023: exchange of supplemental productions due.
    c. July 10-21, 2023: completion of all depositions.
    d. July 28, 2023: discovery close date.
    e. August 8, 2023: joint status letter due.
    f. August 14, 2023: status conference with Judge Moses

    We thank the Court for its time and attention to this matter.

Sincerely,

Penn A. Dodson
penn@andersondodson.com