The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

October 9, 2023

**Application GRANTED.  Counsel shall submit any future requests for additional time in advance of the original deadline.**

**Via ECF**

Hon. Jesse M. Furman
Thurgood Marshall
United States District Court
40 Foley Square
New York, NY 10007

**SO ORDERED.**

October 10, 2023

Re:     *Kargar et al. v. Kamolov et al.*
        22-cv-664 (JMF)

Your Honor:

        This office represents Defendants (except for Defendant Kamolov) in the above captioned matter.  The parties jointly request a two-week extension to submit to the Court the proposed settlement agreement.  This is the parties first request for an extension.  The basis for the request is that on October 3, 2023, Plaintiffs provided Defendants with the proposed agreement and only today was I able to review the agreement with my client.

        If the parties' joint request was granted the application for the settlement agreement would be due on October 23, 2023.  The agreement is due today and the parties apologize for failing to timely provide the extension request.  We are aware that the timing of this request does not comply with the Court's rules.  We appreciate the Court's patience and understanding very much.

                                Respectfully submitted,

                                */s Jacob Aronauer*
                                Jacob Aronauer
                                *Attorney for Defendants(except for Kamolov)*

cc: **Via ECF**
    *All attorneys on record*