```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABINA KARGAR, et al.,

      Plaintiffs,

-against-

UMITJON KAMALOV, et al.,

      Defendants.

22-CV-00664 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

Plaintiffs have settled their claims against defendants FV Com Corporation, Farida Group Corp. and Farida Gabbassova-Ricciardelli, including claims brought under the Fair Labor Standards Act (FLSA); have moved for judicial approval of their settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), (Dkt. 171); and have consented, pursuant to 28 U.S.C. § 636(c), to have Judge Moses determine their *Cheeks* motion and enter a final order thereon. (Dkt. 172.)

The Court's fairness review necessarily "extends to the reasonableness of attorneys' fees and costs." *Fisher v. SD Protection, Inc.*, 948 F. 3d 593, 606 (2d Cir. 2020). For this reason, Judge Furman required plaintiffs to submit "documentation" of their attorneys' fees. (Dkt. 164 at 1.) No such documentation has been submitted. Consequently, it is hereby **ORDERED** that plaintiffs shall submit, no later than **November 8, 2023**, their contingency fee agreements (if any) with their counsel and counsel's contemporaneous time and expense records, properly authenticated.

Dated: New York, New York
       November 1, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**