

November 2, 2023

Hon. Barbara Moses
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
<u>VIA ECF ONLY</u>

     Re:    *Kargar v Farita's Central Asian Cuisine,* No. 1:22-cv-00664-JMF

Your Honor:

In response to your Order dated 11/2/23 [Dkt.175], I hereby submit the following legal services agreements between Plaintiff Shaina Foster and this firm, time logs (both in date order and then by role, with subtotals as to each role) and costs logs. I attest that these records are kept in the ordinary course of business at my firm and that the only changes made from the original data have been in terms of correcting minor errors, formatting, and running spreadsheet functions to calculate the subtotals for ease of viewing.

Sincerely,

Penn Dodson, Esq.
*penn@andersondodson.com*