**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SABINA KARGAR et al.,

                         Plaintiffs,                      22 **CIVIL** 0664 (JMF) (BCM)

           -against-                        **JUDGMENT**

UMITJOHN KAMOLOV et al.,

                         Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 20, 2026, the Court adopts the Report & Recommendation in its entirety. Plaintiff Shania Foster has a judgment in the amount of $49,525, and Plaintiff Sabina Kargar has judgment in the amount of $78,300 against  Kamolov. Plaintiffs are awarded Attorneys' fees in the amount of $11,611.88; accordingly, the case is closed.

**Dated:** New York, New York
         January 21, 2026

                                 **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                  **BY:**        _____
                                  **Deputy Clerk**